Johnny R. MARTINEZ, Petitioner-
Appellant,

v.

Dr. George J. BETO, Director, Texas De-
partment of Corrections, Respondent-
Appellee.

No. 72–2182.

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 1972.

merits of this appeal, the appeal is dismissed.[1] Rule 4(a), F.R.A.P., Jackson v. Decker, 5th Cir. 1971, 451 F.2d 348.

Johnny R. Martinez, pro se.

Crawford Martin, Atty. Gen., Lonny Zwiener, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before SIMPSON and CLARK, Circuit Judges.

PER CURIAM:

Having concluded that this Court is without jurisdiction to adjudicate the

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c)(2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.